# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| BRENDA L. MUTCHERSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV412-064 |
| CARE CORE NATIONAL, | ) ) ) | |
| Defendant. | ) | |

## ORDER

*Pro se* plaintiff Brenda L. Mutcherson sued her previous, South Carolina-based employer for discrimination. Doc. 1. This Court transferred her case to the United States District Court for the District of South Carolina. Doc. 5. Over four years later, she began sending letters to this Court variously addressed to judges and the United States Attorney, including her most recent "motion for relief for this case." Docs. 6-9. In it she raises defamation, harassment, and constitutional tort claims that were not alleged in her previous suit.[1] *Compare* doc. 9,

---

[1] Mutcherson's allegations are not entirely clear. The instant motion makes generalized allegations of wrongdoing (*i.e.* "[t]hey took my home," "[t]hey illegally came in my home," etc.), and unspecified allegations of government misconduct (*i.e.* "men from agencies had been coming in and out of my home," "[t]he warrant unjust

*with* doc. 1 at 2 (asserting Title VII and Americans with Disabilities Act claims). Since her case has been transferred, the Court **DENIES** that motion as moot. Doc. 9. Mutcherson must file a new lawsuit and be subject to this Court's $400 filing fee if she wishes to pursue new claims. She cannot dodge that expense by filing motions in a transferred case.

    **SO ORDERED**, this  13th  day of March, 2017.

*[signature: R. Smith]*

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

warrant was place on me [sic] in 2010."). She does not appear to be pressing the racial and disability discrimination claims she originally brought, doc. 1 at 2-3, despite some echoes of the current allegations in her original Complaint, *see id.* at 4 (seeking, among other relief for her employment discrimination claims, for "the harassment to stop, the defamation from my neighbors, the detective have told many lies to neighbors, shops, family members [sic].").